UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:05-22969-CIV-MARTINEZ-BANDSTRA**

PAN-AMERICAN LIFE INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

vs.

STEFANO TASSINARI PINTO, CAPRICE ANNA TASSINARI SUAREZ, ANNA ELISA TASSINARI PINTO and VITTORIO TASSINARI ECHEVERRIA,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Ted E. Bandstra, United States Magistrate Judge for a Report and Recommendation on Defendants/Cross-Claimants Stefano Tassinari Pinto and Anna Elisa Tassinari Pinto Renewed Verified Motion for Attorney's Fees and Costs or in the Alternative to Amend Final Default Judgment Against Tassinari Echeverria (D.E. No. 94). The Magistrate Judge filed a Report and Recommendation **(D.E. No. 99)**, recommending that this motion be granted in part with an award of attorney's fees in the amount of $13,514.00 and costs in the amount of $3,015.87. After careful consideration,[1] it is hereby:

**ADJUDGED** that United States Magistrate Judge Bandstra's Report and Recommendation **(D.E. No. 99)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

    **ADJUDGED** that

---

[1] The Court notes that no objections to this Report and Recommendation were filed.

Defendants/Cross-Claimants Stefano Tassinari Pinto and Anna Elisa Tassinari Pinto Renewed Verified Motion for Attorney's Fees and Costs or in the Alternative to Amend Final Default Judgment Against Tassinari Echeverria (D.E. No. 94) is **GRANTED in part and DENIED in part**.  The motion is granted in that Defendants/Cross Claimants Stefano Tassinari Pinto and Anna Elisa Tassinari Pinto are awarded attorneys' fees in the amount of $13,514.00 and costs in the amount of $3,015.87 to be taxed against respondent, Vittorio Tassinari Echeverria, together with applicable interest.  The motion is denied in all other respects.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of July, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record